Daniel S. Mount, Esq. (State Bar No. 077517)
dmount@mount.com
Alfredo A. Bismonte, Esq. (State Bar No. 136154)
abismonte@mount.com
Ashley X. Jiang, Esq. (State Bar No. 226960)
ajiang@mount.com
Jeremy M. Duggan, Esq. (State Bar No. 229854)
jduggan@mount.com
MOUNT & STOELKER, P.C.
RiverPark Tower, 17th Floor
333 West San Carlos Street
San Jose, CA 95110-2711
Tel.: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiffs
SPORT DIMENSION, INC. and JOSEPH LIN

Robert A. Johnson, Esq. (State Bar No. 155938)
Rjohnson@fsglawyers.com
Kelly Pfeiffer, Esq. (State Bar No. 223468)
kpfeiffer@fsglawyers.com
FRIEDMAN STROFFE & GERARD, P.C.
19800 MacArthur Boulevard, Ste. 1100
Irvine, CA 92612-2425
Tel: (949) 265-1100
Fax: (949) 265-1199
Attorney for Defendants
AGIT GLOBAL, INC. and TZONG IN YEH aka John Yeh

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPORT DIMENSION, INC., a California Corporation; and JOSEPH LIN, an individual,<br><br>Plaintiffs,<br>v.<br><br>TZONG IN YEH aka JOHN YEH, an individual; and AGIT GLOBAL, Inc., a Taiwanese Corporation<br><br>Defendants. | **Case No.:** C05-05047 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs Sport Dimension, Inc. and Joseph Lin, and Defendants Tzong In Yeh, aka John Yeh and Agit Global, Inc. in order to pursue settlement discussions, hereby enter into this stipulation based on the following:

STIPULATION RE EXTENSION – Case No. C05-05047 MJJ

1  Plaintiffs filed this lawsuit in the Northern District of California on December 7, 2005 and
2  filed an amended complaint on February 14, 2006.

3  On March 14, 2006, Plaintiff filed with the Court two Certificates of Service, attesting to the
4  service of the Amended Complaint, Summons, and related documents on Defendant Yeh and Agit
5  Global, Inc.

6  Defendants Yeh and Agit Global contend that they were not properly served with the
7  foregoing documents and are not subject to jurisdiction and venue in this Court, and all parties agree
8  that such Defendants reserve all rights with regard to these defenses.

9  As the Parties are actively conducting settlement negotiations and have exchanged settlement
10 documents, Plaintiffs and Defendants, without any prejudice to any parties including any claims or
11 defenses, wish to enter into an agreement to extend the time to respond to the Amended Complaint in
12 this action up to April 17, 2006.

13 Accordingly, Plaintiffs and Defendants also wish to request the Court to move the Case
14 Management Conference in regards to the status of settlement discussions scheduled for April 11,
15 2006 to May 2, 2006 or whatever date after May 2 is convenient for the Court.

16 This is the first time any party has sought rescheduling in this case and it is not for any
17 dilatory or improper purpose.

18 WHEREFORE, The Parties stipulate to the following:

19 1. Agit Global, Inc. has up to and including April 17, 2006 to answer, move to dismiss or
20    file any other response to the Amended Complaint.

21 2. John Yeh has up to and including April 17, 2006 to answer, move to dismiss or file
22    any other response to the Amended Complaint.

23
24 3. The Initial Case Management Conference currently scheduled for hearing on April 11,
25    2006 at 1:30 p.m. shall be rescheduled approximately three weeks until May 2, 2006 at 2:00 pm
26    ~~1:30 p.m.,~~ or whatever date after May 2 is convenient for the Court.

STIPULATION RE EXTENSION – Case No. C05-05047 MJJ

4. The deadline to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be three weeks prior to the new Initial Case Management Conference date.

5. The deadline to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be three weeks prior to the new Initial Case Management Conference date.

6. The deadline to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be three weeks prior to the new Initial Case Management Conference date.

Dated: March 20, 2006　　　　MOUNT & STOELKER, P.C.

By: ___/s/___
Alfredo A. Bismonte, Esq.
Counsel for Sport Dimension, Inc. and Joseph Lin

Dated: March 20, 2006　　　　FRIEDMAN STROFFE & GERARD, P.C.

By: ___/s/___
Robert Johnson, Esq.
Counsel for Agit Global, Inc. and Tzong In Yeh, aka John Yeh

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert Johnson.

___/s/___
Alfredo A. Bismonte, Esq.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 20, 2006

[signature]
U.S. District Court Judge

STIPULATION RE EXTENSION – Case No. C05-05047 MJJ