Daniel S. Mount, Esq. (State Bar No. 077517)
dmount@mount.com
Alfredo A. Bismonte, Esq. (State Bar No. 136154)
abismonte@mount.com
Justin T. Beck, Esq. (State Bar No. 53138)
jbeck@mount.com
Ashley X. Jiang, Esq. (State Bar No. 226960)
ajiang@mount.com
Jeremy M. Duggan, Esq. (State Bar No. 229854)
jduggan@mount.com
MOUNT & STOELKER, P.C.
RiverPark Tower, 17th Floor
333 West San Carlos Street
San Jose, CA 95110-2711
Tel.: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiffs
SPORT DIMENSION, INC. and JOSEPH LIN

Robert A. Johnson, Esq. (State Bar No. 155938)
Rjohnson@fsglawyers.com
Kelly Pfeiffer, Esq. (State Bar No. 223468)
Kpfeiffer@fsglawyers.com
FRIEDMAN STROFFE & GERARD, P.C.
19800 MacArthur Boulevard, Ste. 1100
Irvine, CA 92612-2425
Tel: (949) 265-1100
Fax: (949) 265-1199
Attorney for Defendants
AGIT GLOBAL, INC. and TZONG IN YEH aka John Yeh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORT DIMENSION, INC., a California Corporation; and JOSEPH LIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TZONG IN YEH aka JOHN YEH, an individual; and AGIT GLOBAL, Inc., a Taiwanese Corporation<br><br>Defendants. | **Case No.:** C05-05047 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

STIPULATION RE EXTENSION – Case No. C05-05047 MJJ

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs Sport Dimension, Inc. and Joseph Lin, and Defendants Tzong In Yeh, aka John Yeh and Agit Global, Inc. in order to focus their efforts on documenting a fairly complex settlement, hereby enter into this stipulation based on the following:

1. Plaintiffs filed this lawsuit in the Northern District of California on December 7, 2005 and filed an amended complaint on February 14, 2006. On March 14, 2006, Plaintiff filed with the Court two Certificates of Service, attesting to the service of the Amended Complaint, Summons, and related documents on Defendant Yeh and Agit Global, Inc.

2. Defendants Yeh and Agit Global contend that they were not properly served with the foregoing documents and are not subject to jurisdiction and venue in this Court, and all parties agree that such Defendants reserve all rights with regards to these defenses.

3. For at least the past five weeks, the parties have actively worked toward finalizing a licensing agreement for the patent at issue in this matter. The parties have exchanged multiple drafts of both a license agreement and settlement agreement, each party making revisions and suggested term changes each time. In each round, however, there has been progress and the remaining divergent issues are being resolved.

4. The parties note that the resolution they anticipate is not the typical straightforward dismissal in exchange for a set amount of money. Rather, they are working out a fairly complex mutually agreeable business arrangement set forth in detailed documents.

5. Finalizing a license agreement and a settlement agreement has taken longer than anticipated. Defendants are located in Taiwan, thus, the logistics of exchanging documents and conducting conferences on these issues has taken extra time. Additionally, lead counsel for one party was recently on a pre-paid, family vacation which added to the inefficiency of negotiations. This delay is not due to any bad faith or dilatory tactics on either side. Both parties feel that each side has actively worked toward finalizing both the license agreement and the settlement agreement and that a settlement will, in fact, consummate at a near point in the future.

6. In recognition of the ongoing settlement discussions and desire for an orderly scheduling of court hearings, the parties request that the Court postpone the Initial Case Management Conference scheduled for Tuesday, May 30, 2006 to Tuesday, June 27, 2006 or whatever date after

STIPULATION RE EXTENSION – Case No. C05-05047 MJJ

June 27th that is convenient for the Court. As the Parties have almost completed settlement negotiations and are in the process of finalizing settlement documents, Plaintiffs and Defendants, without any prejudice to any parties including any claims or defenses, also wish to enter into an agreement to extend the time to respond to the Amended Complaint in this action from May 15, 2006 to June 12, 2006.

Accordingly, Plaintiffs and Defendants also wish to request the Court to move deadlines associated with Case Management Conference as well.

This is the third time any party has sought some form of rescheduling in this case and it is not for any dilatory or improper purpose. We do not expect the Court to entertain favorably another rescheduling request. The Parties simply wish to focus their efforts on documenting a settlement in the expectation that they can be finalized prior to using the Court's time and resources to further what may soon be moot issues.

WHEREFORE, The Parties stipulate to the following:

1. Agit Global, Inc. has up to and including June 12, 2006 to file an answer or otherwise respond to the Amended Complaint.

2. John Yeh has up to and including June 12, 2006 to file an answer or otherwise respond to the Amended Complaint.

3. The Initial Case Management Conference currently scheduled for hearing on May 30, 2006 at 2:00 p.m. shall be rescheduled approximately four weeks until June 27, 2006 at 2:00 p.m, or whatever date after June 27th is convenient for the Court.

4. The deadline to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be three weeks prior to the new Initial Case Management Conference date.

5. The deadline to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be three weeks prior to the new Initial Case Management Conference date.

STIPULATION RE EXTENSION – Case No. C05-05047 MJJ

6.   The deadline to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report shall be three weeks prior to the new Initial Case Management Conference date.

Dated: May 9, 2006      MOUNT & STOELKER, P.C.


By:  /s/
     Alfredo A. Bismonte, Esq.
     Counsel for Sport Dimension, Inc. and Joseph Lin

Dated: May 9, 2006      FRIEDMAN STROFFE & GERARD, P.C.


By:  /s/
     Kelly Pfeiffer, Esq.
     Counsel for Agit Global, Inc. and Tzong In Yeh, aka John Yeh

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kelly Pfeiffer.    /s/ Alfredo A. Bismonte


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 12, 2006

_____
U.S. District Court Judge

STIPULATION RE EXTENSION – Case No. C05-05047 MJJ