Daniel S. Mount, Esq. (State Bar No. 077517)
dmount@mount.com
Alfredo A. Bismonte, Esq. (State Bar No. 136154)
abismonte@mount.com
Justin T. Beck, Esq. (State Bar No. 53138)
jbeck@mount.com
Ashley X. Jiang, Esq. (State Bar No. 226960)
ajiang@mount.com
Jeremy M. Duggan, Esq. (State Bar No. 229854)
jduggan@mount.com
MOUNT & STOELKER, P.C.
RiverPark Tower, 17th Floor
333 West San Carlos Street
San Jose, CA 95110-2711
Tel.: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiffs
SPORT DIMENSION, INC. and JOSEPH LIN

Kelly Pfeiffer, Esq. (State Bar No. 223468)
Kpfeiffer@fsglawyers.com
FRIEDMAN STROFFE & GERARD, P.C.
19800 MacArthur Boulevard, Ste. 1100
Irvine, CA 92612-2425
Tel: (949) 265-1100
Fax: (949) 265-1199
Attorney for Defendants
AGIT GLOBAL, INC. and TZONG IN YEH aka John Yeh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORT DIMENSION, INC., a California Corporation; and JOSEPH LIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TZONG IN YEH aka JOHN YEH, an individual; and AGIT GLOBAL, Inc., a Taiwanese Corporation<br><br>Defendants. | Case No.: C05-05047 MJJ<br><br>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>AND ORDER |

**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to a settlement agreement, Plaintiff Sport Dimension, Inc., Plaintiff Joseph Lin, Defendant Tzong In Yeh (aka John Yeh) and Defendant Agit Global Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1) to a dismissal WITH PREJUDICE of all claims in this lawsuit.

Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: June 2, 2006          MOUNT & STOELKER, P.C.

                             By:   /s/
                                   Alfredo A. Bismonte, Esq.
                                   Counsel for Sport Dimension, Inc. and Joseph Lin

Dated: June 2, 2006          FRIEDMAN STROFFE & GERARD, P.C.

                             By:   /s/
                                   Kelly Pfeiffer, Esq.
                                   Counsel for Agit Global, Inc. and Tzong In Yeh,
                                   aka John Yeh

I attest under penalty of perjury that Kelly Pfeiffer has concurred in the filing of this document.

                                   /s/
                                   Alfredo A. Bismonte

6/6/2006

IT IS SO ORDERED
Judge Martin J. Jenkins

STIPULATION RE DISMISSAL – Case No. C05-05047 MJJ

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, 17TH FLOOR
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000